(79 South. 677)

STATE v. BARNETT. (6 Div. 712.)

(Supreme Court of Alabama. Jan. 17, 1918.)

Certiorari to Court of Appeals.

Rufus Jerome Barnett was convicted of an assault with intent to ravish a woman. On appeal to Court of Appeals, judgment was reversed and cause remanded (16 Ala. App. 539, 79 South. 675), and the State petitions for certiorari. Writ denied.

W. L. Martin, Atty. Gen., and Borden Burr, of Birmingham, for the State.

McCLELLAN, J. Petition by the state of Alabama for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of Rufus Jerome Barnett v. State, 16 Ala. App. 539, 79 South. 675.

Writ denied.